ACCEPTED
01-15-00560-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**

**FIRST DISTRICT COURT OF APPEALS**

**HOUSTON, TEXAS**

**NO. 01-15-00560-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 10:55:00 AM
CHRISTOPHER A. PRINE
Clerk

**MICHAEL ANTHONY DAVILA**

**APPELLANT**

**On Appeal from Cause Number 1359876**

**From the 351st District Court**

**Harris County, Texas**

**V.**

**THE STATE OF TEXAS**

**APPELLEE**

---

### APPELLANT'S FINAL MOTION FOR EXTENSION

### FOR 14 DAYS

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Michael Anthony Davila, and files this Final Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

I.

The current deadline for filing Appellant's Brief is November 17, 2015. There have been two previous motions for extension of time to file Appellant's Brief.

II.

Counsel humbly requests this final, brief extension due to the fact that she has experienced an unusually high workload and has suffered from a chronic illness that has caused a disruption in her work schedule. The appellate division of our office has been down to only six attorneys from its original ten, causing counsel's caseload to increase substantially over the last few months and counsel has filed over 27 appellant's briefs this year in addition to all of the client-centered representation such work entails. The office has just hired two new attorneys this month and so things should return to

normal soon.

Counsel filed two briefs and a lengthy response during the week before Christmas and had hoped to be able to finish this brief during the holiday itself, but unfortunately was simply unable due to family obligations. Counsel is leaving today to be out-of-state through January 4th on a trip that has been planned for months.

This case will be top priority upon counsel's return next week and will be cleared from this Court's docket with efficiency. Much of the brief has already been written and no question exists as to whether the appellant wishes to appeal.

Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for rehearing in cause #1403196
- *Hugo Pachas-Luna,* PD-1537-15
- *Tairon Monjaras-Guirola,* 01-15-01092-CR
- *Andrew Jackson,* 01-15-00994-CR
- *Emanuel Hayes,* 01-15-00982-CR
- *Jeremy Thomas,* PD-1086-15
- *Joseph Smith,* 14-15-00625-CR
- *Kori Henegar,* 14-15-00529-CR
- *Trey Foster,* 14-15-00496-CR
- *Ruben Totten,* PD-0483-15, PDR granted
- *Stephen Hopper,* 14-15-00371-CR
- *Pete Rodriguez,* 14-15-00339-CR
- *Craig Beal,* 01-12-00896-CR
- *Corey Nickerson,* 01-15-00764-CR through 01-15-00766-CR

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

III.

Appellant's attorney humbly requests this extension of 14 days which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension of 14 days to January 11, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas


/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.


/s/ Sarah V. Wood
Sarah V. Wood